# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 13, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2023

**MEMO ENDORSED**

**BY ECF & E-MAIL**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Ysenni Gomez*, 22-cr-526-NSR

Dear Honorable Judge Román:

I write to respectfully request that you modify Ms. Gomez's bond conditions to permit her to attend a religious service this Saturday, April 15, 2022, at 1 p.m.

Ms. Gomez is hoping to attend a celebration of life religious service in honor of her father and brother. Her father passed away four years ago and her brother two years ago. The service will be held at Christ the King Church in the Bronx, NY. The service is anticipated to last one hour. It is expected that it will take her family a half an hour to get there and a half an hour to return home. Therefore, she requires a two-hour window to attend this event.

I have spoken to Assigned Assistant United States Attorney Kaiya Arroyo regarding this request and Ms. Gomez's supervising Pre-Trial Services Officer, Jonathan Lettieri. Neither object to this request. Therefore, Ms. Gomez respectfully requests Your Honor modify her conditions to permit her to attend the celebration of life service this Saturday.

Thank you for your time and consideration.

Sincerely,

Elizabeth K. Quinn
Assistant Federal Defender
Counsel for Ysenni Gomez

cc: Kaiya Arroyo, AUSA
Jonathan Lettieri, PTSO

The Court GRANTS Defendant's request for modification of her bond conditions as stated herein, to which the Government and Pre-Trial Services did not object. The Clerk for the Court is kindly directed to terminate the motion at ECF No. 24.

Dated: April 14, 2023
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

1