# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| United States of America<br>*Plaintiff*<br><br>v.<br><br>Ysenni Gomez<br>*Defendant* | 22 CR 526 (NSR)<br><br>**ORDER TO RELEASE / EXONERATE BOND AND BOND CONDITIONS** |

**IT IS ORDERED**:

That the $850,000.00 secured bond be exonerated.

**IT IS FURTHER ORDERED** that the sum of $ 370,000.00 cash which secured the above-referenced bond be returned to ELSA GOMEZ.

**IT IS FURTHER ORDERED** that the lien which was placed against real property be released, to wit:

$130,000.00 via property from Denise Gomez at 378 Hill St., Waterbury, CT 06704.

**IT IS FURTHER ORDERED** that all conditions of the secured bond be released, including but not limited to the release of YSENNI GOMEZ passport.

Dated: White Plains, NY
July 11, 2024

_____
Honorable Judge Nelson S. Roman
United States District Court
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/11/2024